# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Marshall M. Brown

#0291620                                        ,
               Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

(1) Webster Bank

(2) ASA Federal Credit Union

(3) Putnam Institutional Management Retirement Service, ITW Savings And

Investment Plan (Putnam Fiduciary Trust Company).

ALL THREE ABOVE NAMED DEFENDANTS IS BEING SUED IN THEIR INDIVIDUAL CAPACITY

AND IN THEIR OFFICIAL CAPACITY.

Case No. _____
(To be supplied by the court)

**306CV1921**

               Defendant(s).
(Full name(s) and capacity, *e.g.*, official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

## A. PARTIES

1. Marshall M. Brown is a citizen of Jamaica West Indies who
   (Plaintiff)                              (State)
presently resides at 1153 East St South, Suffield CT 06080.
                      (mailing address or place of confinement)
If plaintiff is incarcerated, provide inmate number: #0291620.

2. Defendant Webster Bank is a citizen of Connecticut
            (name of first defendant)              (State)

whose address is P.O. Box 10305, Waterbury CT 06726                                ,

and who is employed as __A finincial Institution__ .
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? **xxx** Yes ____ No. If your answer is "Yes," briefly explain:

__Webster Bank negligence___ & carelesness __by ignoring color of State and___ (FDIC)

laws causes the LOSS of plaintiffs funds that were under Webster Banks care.

3. Defendant __ASA Federal Credit Union__ is a citizen of __Connecticut__
(name of second defendant)                                              (State)

whose address is __P.O. Box 198, Bloomfield CT 06002__

and who is employed as __A finincial Banking Institution__ .
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? **XXX** Yes ____ No. If your answer is "Yes," briefly explain:

ASA Federal Credit Union negligence and carelesness by ignoring color of State

& (FDIC) laws causes the LOSS of plaintiffs funds that were under ASAS care.
(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    __XX__   42 U.S.C. § 1983 (applies to state prisoners)

    ____   **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

__(IFP) Statute, 28 U.S.C. & 1915__

## A. PARTIES

(4)     Putnam Institutional Management Retirement Services, ITW Savings And Investment Plan (Putnam Fiduciary Trust Company) is a financial retirement savings institution who operate in both States of RI and MA, whose addresses are P.O. Box 9754, Providence, Rhode Island 02940-9754 and Mercer Human Resource Services, Investor Way, Norwood, MA 02062-1584.

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. All three named defendants illegally closed plaintiffs account which was done by **FRAUD** without the plaintiffs knowledge or consent. Plaintiff contacted thr Police who subsequently made an arrest in **April 2006**, after an investigation from plaintiffs statement. All three named defendants were notified that the Police has made an arrest concerning the theft and forgery that led to the illegal closing of plaintiffs three Bank accounts.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** All three named defendants actions, denied the plaintiff his privilege from hiring a paid attorney to caution plaintiff of knowing when someone is trying to violates the plaintiff Constitutional Rights.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) On the **(9/21/03)**, plaintiff was taken to Court and wilfully misled by his Court appointed to withdraw **SPEEDY TRIAL MOTION** that the plaintiff filed on plaintiffs own behalf. Plaintiff repetedly told his Court appointed attorney that plaintiff does **NOT** wants to withdraw his speedy trial motion. Plaintiff was **(DUPED)** into withdrawing his speedy trial motion, If plaintiff was not **(DUPED)** into withdrawing his speedy trial motion, plaintiffs case would have thrown out by the Court. These three defendants is entirely at fault for this actions. Plaintiff is kindly asking the United States Federal District Court Of Connecticut to please check the dates when plaintiff filed his two speedy trial motion of which plaintiff still have copies that is being presented to this Court as evidence for this case.

3

## SUPPORTING FACTS CONTINUED FROM PAGE THREE (3).

Please compared the dates when plaintiff filed his speedy trial motions along with the dates when plaintiffs Court appointed attorney forced the plaintiff to withdraw his speedy trial motion **INVOLUNTERILY.** Please compared the dates when Court appointed attorney accepts plaintiffs case and the dates when plaintiffs case started.
(1) March 11th, 2003. Date speedy trial motion filed.
(2) March 13th, 2003. Dates speedy trial motion filed.
(3) May 2003 I believe plaintiffs case was given to plaintiffs attorney.
(4) May (21st, 2003). Date when plaintiffs SIXTH AMENDMENT CONSTITUTIONAL RIGHTS WAS VIOLATED BY PLAINTIFFS DEFENSE ATTORNEY, Donald J. O Brien.
(5) November 25th 2003. Date plaintiffs trial started and also the same date that plaintiff found out that plaintiff is also being charged with two counts of first degree kidnappings.

All these unjust actions were deliberately done to the plaintiff because of **WEBSTER BANK, (ASA) FEDERAL CREDIT UNION** and **PUTNAM INSTITUTIONAL MANAGEMENT RETIREMENT SERVICE, ITW SAVINGS** and **INVESTMENT (PUTNAM FIDUCIARY TRUST COMPANY).**
These three defendants actions **DEPRIVED** the plaintiff his solemn opportunity to hired a paid attorney for his constitutional protection. The Case number of plaintiffs trial is **CR01- 178592. Hartford J.D at Hartford CT.**

**Claim II**: <u>The three defendants constantly ignored plaintiffs plea for some answers as to what happen to plaintiffs accounts. Plaintiff made several contacts to these three defendants.</u> On September 10th 2006 plaintiff wrote to Webster Bank.

Supporting Facts:

        Plaintiff has presented copies of all three checks to all three defendants that was stolen by **FORGERY** to this Court. All three defendants refuses to presents documentations of any signatory proof or paper work to plaintiff showing where plaintiff authorized any transaction of plaintiffs account while plaintiffs incarceration. Plaintiffs three accounts were all illegally closed by this three defendants. **Check number #460281** is being presented to this Court as **(Exhibit A)**. Check number **#108726** is being presented to this Court as **(Exhibit B)**. Check number **#2600709** is being presented to this Court as **(Exhibit C)**.

Please take notice of exhibit **A, B, & C.** thats being presented to this Court. All three defendants is negligent and is totally responsible for the loss of plaintiffs funds, and the unjust sufferings that plaintiff is now undergoing.

**Claim III**: <u>All three defendants refuses to accepts responsibility for plaintiffs funds that was given away by all three defendants without plaintiffs knowledge or consent.</u>

Supporting Facts:  When plaintiff found out in early **2005** that his three accounts was tampered with, plaintiff immediately told all three defendants that plaintiff is going to notify the police, which plaintiff did. All three defendants promise to work with the plaintiff througt the crisis of the investigation. One of the defendant is now totally refusing to reimburse the plaintiff his loses, which is **Putnam, ITW Savings, Fiduciary Trust Company**. One of plaintiffs letter to **ASA FEDERAL CREDIT UNION HAS RETURNED** to plaintiff without no forms of explanation. Plaintiff contacted **ASA Federal Credit Union** after letter was returned. Plaintiff have a copy of returned envelope for the Court. After calling the Credit Union, plaintiff learnt that letter was sent to the correct address after speaking to <u>**Ms. Lou-Anne Demonstranti.**</u> Plaintiff returned said contents to **ASA Fedreal Credit Union.**

4

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

__X__Yes _____No.  If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

Plaintiff(s): **Mr. Marshall  M. Brown**

Defendant(s): **Attorney Donald J. O Brien & Attorney Sara L. Bernstein**
   **915 Lafayette Blvd, Bridgeport CT**
   b. Name and location of court and docket number **3:05 cv 150 CFD & 3:05 cv 457 JCH**

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
**Both cases was dismissed.**

   d. Issues raised: **Violation of plaintiff SIXTH AMENDMENT RIGHTS. Cases was dismissed because lower State Court remedies was not yet exhausted.**

   e. Approximate date of filing lawsuit: **8/17/05 t0 8/18/05**

   f. Approximate date of disposition: **4/27/05 & 8/18/05 date both cases was dismissed**

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.   __X__Yes _____No.

If your answer is "Yes," briefly describe how relief was sought and the results. **Plaintiff send copies of his signature and arrest time sheet to all three named defendants to proved that plaintiff isn,t the person who signed any forms of documentation if they have any, that authorizes any forms of transaction that takes place with plaintiffs account. Plaintiffs time sheet will shows that plaintiff is being incarcerated since June 4th 2001 and is still being incarcerated which makes it impossible for plaintiff to sign any forms of documentation leading up to the illegal closure of plaintiffs three account by all three defendants.**

5

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Plaintiff file two civil rights complaint against the two attorney who wilfully violated the plaintiffs Constitutional rights. One of the defendant was Attorney **(Donald J. O Brien)** and the other was Attorney **(Sara L. Bernstein).** The docket number for attorney **O Brien** at the time was **(3:05 cv 150 (CFD) ).** The docket number for attorney **(Sara L. Bernstein)** at the time was **(3:05 cv 457 JCH).** Both cases was filed at the United States Federal District Court Of Bridgeport Connecticut at 915 Lafayette Boulevard. Both cases was dismissed because plaintiff have not exhausted other lower State Court remedies. Plaintiffs lack of the judicial process also plays a part of the dismissal, plaintiffs believed.

Plaintiff has hired attorney William P. Burns Jr **(203) 623-3265** on a contingency basis to recover plaintiffs monies that was stolen from plaintiffs three accounts. **Attorney Burns** fee will de deducted from the total recovery of **($5,559.38¢)** leaving plaintiff with almost nothing. The total amount of funds that was given away by all three defendants together is **($5,559.38¢),** which attorney **William P. Burns** is currently persueing through the Courts at this present moment.

However, it is the plaintiffs rights to bring **CHARGES** on these three named defendants who has wilfully caused **INJURY** to the plaintiff. **THE CONSTITUTION OF THE STATE OF CONNECTICUT** has granted such rights to the plaintiff under **Article First** of Section: 10, Section 19, & Section 20.

### E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Plaintiff is asking the Court to please take a careful observation of **LETTER** dated **(2/28/03)** from plaintiffs attorney, and another **LETTER** from plaintiffs Court appointed attorney, dated **(November 12th 2002)**. Why wasn't the plaintiffs attorney inccuded the **reported findings of the firearm that came out on (10/15/01)** that came out from the FORENSIC SCIENCE LABOTARY LAB?, among the motion that was filed on **(11/12/02)**. My Court appointed attorney didn't gave me the **FIREARM REPORT AMONG THE OTHRE EVIDENCE THAT WAS SUBMITTED TO ME IN NOVEMBER 2002.** My Court appointed attorney tried to sets me up to plead guilty to a crime I am not guilty of, but was found guilty at a trial because plaintiffs attorney deliberately witheld plaintiffs paper work for almost two years.

Plaintiffs attorney didn't want plaintiff to knows that plaintiffs finger print wasn't found on the gun that plaintiff was accused of having. Plaintiff received the forensic report of the firearm on **(MARCH 4th 2003)** by letter which dated **(2/28/03)**. Plaintiff received this report very very very late in plaintiffs trial proceedings, which **DEPRIVED** plaintiffs a reasnoable amount of time to be properly pepered for a proper defense in plaintiffs upcoming trial. **THIS WAS BECAUSE OF THESE THREE NAMED DEFENDANTS ACTIONS TOWARDS THE HANDLING OF THE PLAINTIFFS ACCOUNT THAT WAS IN THEIR CARE.**

## F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

Plaintiff(s): Marshall M. Brown #0291620

Defendant(s): Attorney Donald J. O Brien & Attorney Sara L. Bernstein

   b. Name and location of court and docket number United States District Court Of Bridgeport CT, 915 Lafayette Boulevard. 3:05 cv 150 (CFD) & 3:05 cv 457 JCH
   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit: 8/17/05 to 8/18/05

   e. Approximate date of disposition: 4/27/05 & 8/18/05


2. Are you in imminent danger of serious physical injury? ____ Yes  XX  No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

6

6B

## F. PREVIOUSLY DISMISSED ACTOINS OR APPEALS

Please see next side over for attached copy of previously dismissed case.

6B

Plaintiff has exhausted all available remedies by trying to work with all three defendants in several ways in trying to finds out what really happen to plaintiffs account. Plaintiff letters and copies of several correspondence letters to and fro from the police department was conatantly ignored by these three defendants. Plaintiff received some paper work from one of the defendant, **PUTNAM INSTITUTIONAL MANAGEMENT RETIREMENT SERVICE, ITW SAVINGS AND INVESTMENT PLAN. PUTNAM FIDUCIARY TRUST COMPANY** to fill out and notarized and sent to them so that restitution to plaintiff can be made. Putnam has renig on this promise. Plaintiff is also working with the other two defendants who seemingly **NOT** wanting to accepts any responsibility for the theft and loss of plaintiffs funds.

Plaintiff is still waiting on the two other defendants to see what their intentions is before plaintiff submitted this civil suit to the federal Court. **WEBSTER BANK and ASA FEDERAL CREDIT UNION.**
If these defendants don,t respond to or make any forms of effort to solve this ongoing dispute, the plaintiff has no other choice but to take all three of these defendants to the Federal Court for some justice.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARSHALL BROWN

v.

DONALD J. O'BRIEN

PRISONER
Case No. 3:05cv150 (CFD)

### JUDGMENT

This cause came on for consideration of the second amended complaint before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the complaint and all the related papers. On August 17, 2005, the Court filed its Ruling and Order, dismissing the complaint without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (i) and affording plaintiff thirty days to move to reopen this case and convert it to a petition for habeas corpus provided he can provide evidence that he exhausted his state court remedies.

Therefore, it is **ORDERED** and **ADJUDGED** that the complaint is dismissed without prejudice and the matter closed.

Dated at Bridgeport, Connecticut this 18th of August, 2005.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
Donna P. Thomas
Deputy Clerk

Entered on the Docket _____

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARSHALL BROWN

v.

SARA L. BERNSTEIN

PRISONER
Case No. 3:05cv457 (JCH)

## JUDGMENT

This cause came on for consideration on the plaintiff's complaint before the Honorable Janet C. Hall, United States District Judge.

The Court has considered the complaint and all the related papers. On April 28, 2005, the Court filed its Ruling and Order dismissing the complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

Therefore, it is **ORDERED** and **ADJUDGED** that the complaint is dismissed without prejudice and the matter closed.

Dated at Bridgeport, Connecticut this 2nd of May, 2005.

KEVIN F. ROWE, Clerk

By /s/ Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket  5/4/05

## G. REQUEST FOR RELIEF

I request the following relief:   Webster Bank

(1) Compensatory in the amount of                        $999.58¢
(2) Ten percent interest on $999.58¢ for five years
(3) Mental Anguish in the amount of                      $35,000.00
(4) Pain and suffering in the amount of                  $22,000.00
(5) Punitive damages in the amount of                    $26,000.00
(6) Court filing fee in the amount of                    $350.00

Total of $84,349.58¢, plus 10 % interest on $999.58¢ for five years.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __xx__     No ____

_____           *Marshall M. Brown*
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____           Marshall M. Brown #0291620
Printed Name                             Printed Name

                                         Mac.Dougall C.I., 1153 E. St S.

                                         Suffield CT 06080

( )_____        ( )_____
Attorney's full address and telephone    Plaintiff's full address and telephone

_____           _____
Email address if available               Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Suffield CT__ on __September 11, 2006__.
(location)                    (date)

                              *Marshall M. Brown*
                              **Plaintiff's Original Signature**

(Rev. 8/25/04)

7

## G. REQUEST FOR RELIEF FROM PUTNAM INSTITUTIONAL MANAGEMENT RETIREMENT SERVICE, ITW SAVINGS AND INVESTMENT (PUTNAM FIDUCIARY TRUST COMPANY).

(1)  Compensatory in the amount of                $2,460.23¢
(2)  Ten percent interest on $2,460.23¢ for five years
(3)  Mental anguish in the amount of              $50,000.00
(4)  Pain and suffering in the amount of          $150,000.00
(5)  Punitive damages in the amount of            $80,000.00
(6)  Court filing fee in the amount of            $350.00

Plaintiff is seeking a total of $282,810.23¢ plus a ten percent interest on $2,460.23¢ for five years.

*Marshall M. Brown*
SEPTEMBER 11TH 2006

$350.00
$2,460.23¢
$50,000.00
$80,000.00
+ $150,000.00
_____
Total                    $282,810.23¢

SUFFIELD CT 06080

Mr. Marshall M. Brown #0291620

*Marshall M. Brown*

## G. REQUEST FOR RELIEF FROM (ASA) FEDERAL CREDIT UNION

(1) Compensatory in the amount of $2,099.57¢
(2) Ten percent interest on $2,099.57¢ for five years
(3) Mental anguish in the amount of $25,000.00
(4) **Pain and suffering in the amount of** $75,000.00
(5) Punitive damages in the amount of $100,000.00
(6) Court filing fee inthe amount of $350.00

Plaintiff is seeking a total of $202,449.57¢ plus ten percent interest ON $2,099.57¢ for five years

*Marshall M. Brown*

SEPTEMBER 11th 2006

Mr. Marshall M. Brown #0291620

*Marshall M. Brown*

SUFFIELD CT 06080

7C